**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**


RAVI SUBRAMANIAN
CLERK OF COURT
700 STEWART ST
SUITE 2310
SEATTLE, WA 98101

October 24, 2024

Joseph Stanford
1530 CORNWALL STREET
BELLIGNHAM, WA 98225


Your civil action, ***Stanford v. Microsoft et al***, was filed in the United States District Court – Western District of Washington on October 23, 2024.

The case has been assigned to District Court Judge Jamal N Whitehead, case number **2:24–cv–01738–JNW**. All documents filed with the Court must include the entire case number in order to be properly posted on the docket.

The following deficiencies have been noted:

>**Redaction**
>The IFP Petition contains personal identifiers that must be redacted per <u>Federal Rule of Civil Procedure 5.2(a)</u> and <u>Local Rule of Civil Procedure 5.2</u> and has been sealed. You must refile a **redacted** version of the document. This will not affect your original filing date. Enclosed is the document/pages that need redaction.


The deficiencies must be corrected and filed with the Court as soon as possible. Please return the requested documents to the address listed above. Failure to do so may affect the status of your case, including dismissal of the action by the Court.


cc: file