1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSEPH STANFORD,

                Plaintiff,

    v.

Microsoft, et al.,

                Defendants.

Case No. C24-1738-JNW

ORDER

Because Plaintiff does not appear to have funds available to afford the $405 filing fee, Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's IFP application, Dkt. 1, is GRANTED. However, the undersigned recommends review by the assigned District Judge under 28 U.S.C. § 1915(e)(2)(B). The Clerk of the Court is directed to send a copy of this Order to Plaintiff and to the assigned District Judge.

Dated this 29th day of October, 2024.

S. KATE VAUGHAN
United States Magistrate Judge

ORDER - 1