# UNITED STATES DISTRICT COURT
for the

Western District of Washington

_____ Division

MR JOSEPH A STANFORD

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

MICROSOFT INC
CISCO SYSTEMS INC
IRS INTERNAL REVENUE SERVICE PROCURE
DEPARTMENT OF DEFENSE ALEXANDRIA VA

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. 2:24-1738-JNW
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☑ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | JOSEPH A STANFORD |
| Address | 1530 CORNWALL STREET |
| | BELLINGHAM, WA, 98225 |
| | *City — State — Zip Code* |
| County | Whatcom |
| Telephone Number | 509-869-1355 |
| E-Mail Address | general@softwho.us |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | microsoft Inc |
| Job or Title *(if known)* | mr. bill gates owner |
| Address | 1 Microsoft Way |
| | redmond, wa, 98052 |
| | *City — State — Zip Code* |
| County | redmond |
| Telephone Number | (425)882-8080. |
| E-Mail Address *(if known)* | AskBoard@microsoft.com |

[ ] Individual capacity  [✓] Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | cisco systems inc |
| Job or Title *(if known)* | owner at large |
| Address | 170 West Tasman Drive |
| | San jose, CA, 95134 |
| | *City — State — Zip Code* |
| County | san jose |
| Telephone Number | 1 800 553 2447 |
| E-Mail Address *(if known)* | tac@cisco.com |

[ ] Individual capacity  [✓] Official capacity

Defendant No. 3
- Name: Department of Defense procurement division
- Job or Title *(if known)*: Government Accountability Office
- Address: 441 G St., NW
- City: Washington DC
- State: VA
- Zip Code: 20548
- County: alexandria
- Telephone Number: (202) 512-3000
- E-Mail Address *(if known)*: contact@gao.gov

[ ] Individual capacity   [✓] Official capacity

Defendant No. 4
- Name: IRS, internal revenue service
- Job or Title *(if known)*: procurement small business (executives) department of commerce
- Address: 1957 Westmoreland Street Richmond, VA
- City: richmond
- State: va
- Zip Code: 23230
- County: richmond
- Telephone Number: 240-613-7120
- E-Mail Address *(if known)*: Procurement.SBRO@irs.gov

[ ] Individual capacity   [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

One State all States: Government and defendants deprived by a-separate and failed to secure products and services of procurement rights of citizen and procurement rights of securing a nation of depravity and suffrage of trademark connections and utilities resources connections and resource net worth treasury values connections and related financing and related uses of industry computer systems networking of utility and depravity and deprived where after the fact renders of aid and immunity

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

yes.

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Amendment 3 no soldier shall be quartered articulates manners prescribed by law and established of code to applications open and receipt of code to Government and private fortune 1000 utility owners financing banks and banks of ingenuity since 2007 online banking and IOS cell phones 2007 and as well competition tries against well known standards and acts of no act being zero and pull down into zero and response direction opposite implicate is zero and no act being related to zero and silence self

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

around 2023 March Tulsa Oklahoma and Guam Island 2022 and Denver Colorado 2021 and inbound of privacy interstate and privacy invade priors of outstanding or out on bail and impose of able to commit impale of self loath demands and responses to no act and responses of followers of post formation beguiles and post entry and test and takers maneuvers consistent of cross examine of management resources.

B. What date and approximate time did the events giving rise to your claim(s) occur?

time and dates over 1000 per month identity theft and groups of large numbers random and high into low of over 10 major tries and leave without resurface per Indianapolis Indiana complaint 2007 Philadelphia Penn and identity theft and arrival interrogative subject on top and over 1000 per city of funnels of properties to understand to steal piracy part out and over 1000 major companies trying piracy part out since 2016-2024 submits to ICANN.org and FBI ICE and State Attorney General against

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

[1] since 1999-2024 imposter daughter of Catherine Richards probable linked to Mike Ralph Lauren executive of Apple Computers (convenience of high into low and property rights of able to be)
[2] since 2007-2008 Sioux Falls SD solicit of corruption in training and solicits high into low false state citation of incredulous to present (competition classes and false issue raised to convenience)
'[3] since 2005-2008 State of Texas Austin, Texas missing persons brother and sister at large thomas Stanford and Theresa Stanford (employment and competition classes ...stay out of my way)
[4] damages of leaks to public competition classes after presentments of issue raised false enemies and false consent and false objects reproach public clans responses replacement of public citizenship with false solid state and befool and toll damages punitive lining of workaround to harbor
El Paso Texas 2018-2020 entry of State State of Washington "ruin it' Mike Gonzalez Thorton, COLO executive (accutrain training software) followers 19 episodes of near death and hitting of brain and body organs  19 major 911 phone calls quench consent
[5] phone calls to organizations cicsco sytems and microsoft and irs and depatnewt of defense failed to

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

age damages and damages to skin and damages to face wrinkle effect and douses of laser and mirrors to implicate by 3% damages to cause implicate to argue where hit is 100 ml of spread .5.1..5.108 or .5 of bone marrow upon hits therefore parties interrogative of approach fail litmus and related to replace of Government direct confront of self to applicatoins and direct to confront of requirements of applicatoin and self to society with:
from:   Joe Stanford <josephstanfordokc@gmail.com> to: Lopez.Abby.B@dol.gov,Mocary@kingcounty.gov, SE_OUTREACH@fbi.gov,LaborOIGinfo@oig.dol.gov, helpdesk@epacdx.net,foipaquestions@fbi.gov bcc:   AskBoard@microsoft.com
date:   Oct 10, 2024, 10:56AM
subject: Re: june resets
mailed-by:   gmail.com
the outstanding parties receiver of benefits and outstanding...the outstanding is receivers of utmosts and responses...the outstanding is failure of redresses.....the outstanding of receivers of mass of line unto line o reply required blackout recognizance lining...the outstanding of non payment and labor against rules of government and municipal codes...the outstanding of listed as terror line response to line reply required and line reply of oustanding telekenesis and line to contact being overture of alibi means that summary of situation is reply of line and bottom end where bottom end is reply of response redresses Amendment 1 failure of redresses in this case Amendment 3 no soldier shall be quartered"

[1] contend contained alibi and outstanding of any challenges of public and alibi being lie against others on

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

$1.5 trillion dollars punitive amounts paid and payments and restitution amounts with immunity to another country and surgeon care to repair and recruitment package for chemistry business dire of resources of fossil fuels and gerontology accommodations and hotel stay at executive styles paid of royalties at once: Government and Defendants charge back receivers of mass industries (listed chargeback and At large) within 24 hours of 10/12/2024 and rescue to citizenship to another country and travel arrangements at all hours and punitive at risk issues resolved with group wide citation from OSHA and group presence citations present on camera with large groups of lines versus lines and as well for sale items to marketing implementation (or) full immunity dual citizenship with another country mediation with pro bono relief being sought with Defendants.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/12/2024

Signature of Plaintiff: joseph a stanford. (electronic signature)

Printed Name of Plaintiff: JOSEPH ANDREW STANFORD

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

*City*  *State*  *Zip Code*

Telephone Number
E-mail Address