UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH A STANFORD, | CASE NO. 2:24-cv-01738-JNW |
| Plaintiff, | DISMISSAL ORDER |
| v. | |
| MICROSOFT INC.; CISCO SYSTEMS INC.; DEPARTMENT OF DEFENSE; INTERNAL REVENUE SERVICE; BILL GATES; GOVERNMENT ACCOUNTABILITY OFFICE, | |
| Defendants. | |

Pro se Plaintiff Joseph A. Stanford pursues this case in forma pauperis (IFP). Dkt. No. 4. After reviewing the operative complaint under 28 U.S.C. § 1915(e)(2)(B), the Court found that Stanford failed to state a claim on which relief may be granted. Dkt. No. 6. Rather than dismissing his case, the Court granted leave to amend the complaint and ordered Stanford to submit an amended complaint within 30 days. *Id.* The Court expressly warned that "[f]ailure to comply with this Order will result in dismissal of this action under 28 U.S.C. § 1915(e)(2)(B)." *Id.* at 4.

**DISMISSAL** ORDER - 1

The time to respond has passed. Stanford has not complied with the Court's Order to submit an amended complaint. *See* Dkt. As such, the Court DISMISSES this action without prejudice under 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim upon which relief may be granted.

It is so ORDERED.

Dated this 23rd day of December, 2024.

Jamal N. Whitehead
United States District Judge

DISMISSAL ORDER - 2